UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JAMES DIVERS | CIVIL ACTION NO. 07-2030 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN, LOUISIANA STATE PENITENTIARY | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 34] having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, for the reasons stated in this Court's Ruling and those stated in the Magistrate Judge's Report and Recommendation, to the extent adopted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254 [Doc. No. 1] is hereby **DENIED and DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 26th day of October, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE