UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JAMES DIVERS** | **CIVIL ACTION NO. 07-2030** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN,** **LOUISIANA STATE PENITENTIARY** | **MAG. JUDGE KAREN L. HAYES** |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the Court, considering the record in this case, including the memorandum submitted by Petitioner, and the requirements of 28 U.S.C. § 2253, hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to make a substantial showing of the denial of a constitutional right.

MONROE, LOUISIANA, this 13th day of December, 2010.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE